The Honorable J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROBERT P. CASTO and MOLLY L. CASTO, Individually, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS ROEBUCK AND COMPANY,<br><br>Defendant. | Case No. C06-5152JKA<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL RESPONSE TO ITS FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFF**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 5, 2007** |

Defendant Sears Roebuck and Company's Motion to Compel Response to Its First Interrogatories and Requests for Production to Plaintiff having come on regularly before the Court on January 5, 2007, and the Court having examined the pleadings and having hear argument of counsel,

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion to Compel Response to Its First Interrogatories and Requests for Production to Plaintiff is GRANTED. Plaintiff Robert Casto shall completely and fully respond to Defendant's First Interrogatories and Requests for Production to Plaintiff by **January 31, 2007**. Plaintiff Robert Casto shall also pay Defendant's reasonable costs and attorneys fees for bringing its Motion before the Court. Defendant shall submit a declaration to the Court setting forth its fees and costs for bringing its Motion. Should Plaintiff fail to respond to Defendant's First Interrogatories and Requests for

FIRMWIDE:81797712.1 016144.1161

ORDER GRANTING DEF'S MOTION TO COMPEL
(C06-5152JKA)

LITTLER MENDELSON, P.C.
Columbia Center
701 Fifth Avenue, Suite 6500
Seattle, WA  98104.7097
206.623.3300

1  Production to Plaintiff as required by this Order, the Court will consider further sanctions against
2  Plaintiff Robert Casto, including dismissal of his Complaint with prejudice.

    DATED this 12th day of January, 2007.

                              /s/ J. Kelley Arnold
                              **THE HONORABLE J. KELLEY ARNOLD**


Presented by:


/s/
Leigh Ann Tift, WSBA #11776
ltift@littler.com
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
Sears Roebuck and Company

FIRMWIDE:81797712.1 016144.1161

[PROPOSED] ORDER GRANTING DEF'S MOTION TO COMPEL   -2-
(C06-5152 JKA)

LITTLER MENDELSON, P.C.
Columbia Center
701 Fifth Avenue, Suite 6500
Seattle, WA  98104.7097
206.623.3300

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I caused the **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL RESPONSE TO ITS FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFF** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Lori D. Hansen**
**Law Office of Lori D. Hansen**
**2000 – 112th Avenue NE**
**Bellevue, WA  98004**
**hansenlawoffice.@yahoo.com**

/s/_____
Leigh Ann Collings Tift, WSBA #11776
LITTLER MENDELSON
A Professional Corporation
Columbia Center
701 Fifth Avenue, Suite 6500
Seattle, WA  98104.7097
Phone:      206.623.3300
Fax:          206.447.6965

Attorneys for Defendant
SEARS, ROEBUCK & CO.

FIRMWIDE:81797712.1 016144.1161

[PROPOSED] ORDER GRANTING DEF'S MOTION TO COMPEL     -3-
(C06-5152 JKA)

LITTLER MENDELSON, P.C.
Columbia Center
701 Fifth Avenue, Suite 6500
Seattle, WA  98104.7097
206.623.3300