UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT P. CASTO and MOLLY L. CASTO,

        Plaintiffs,

    v.

SEARS ROEBUCK AND COMPANY,

        Defendant.

Case No.  C06-5152JKA

MINUTE ORDER SETTING PRETRIAL CONFERENCE

    The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United States Magistrate Judge:

    A pretrial conference will be held with the Honorable J. Kelley Arnold, U.S. Magistrate Judge, at **9:30 a.m. on September 14, 2007,** at 1717 Pacific Avenue, Courtroom D, Tacoma, Washington 98402. If not filed earlier, the proposed Pretrial Order, motions in limine, proposed findings of fact and conclusions of law, and trial briefs are to be filed no later than **September 12, 2007.**

    The foregoing Minute Order entered by ____/s/ *Allyson P. Swan*_____, Deputy Clerk, this August 24, 2007.

MINUTE ORDER
Page - 1