**The Honorable J. Kelley Arnold**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Robert P. Casto and Molly L. Casto, individually and the marital community comprised thereof,<br><br>Plaintiff,<br><br>v<br><br>SEARS, ROEBUCK AND COMPANY<br>Defendant. | **CASE NO.:C06-5152 JKA**<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

COME NOW the Plaintiffs Robert P. Casto and Molly L. Casto, individually and the marital community comprised, by and through their attorney of record Lori D. Hansen, and Defendant Sears, Roebuck and Company, by and through its attorney of record Leigh Ann Tift of Littler Mendelson, P.C. and hereby stipulated that the above-captioned matter be dismissed with prejudice and without costs or attorney fees to either party.

///

///

///

STIPULATION AND ORDER OF DISMISSAL

**Law Office of *Lori D. Hansen***
2000 112th Avenue NE
Bellevue, WA 98004
Tele. 425.637.3067
Fax 425.637.1214

Dated this _____29_____ day of October, 2007.

By: _____/s/_____  
Lori D. Hansen  
Attorney for Plaintiff  
WSBA # 13129  
2000 112th Ave. NE  
Bellevue, WA  98004

By: _____/s/_____  
Leigh Ann Collings Tift  
Attorney for Defendant  
WSBA  
Littler Mendelson. P.C.  
Columbia Center  
701 Fifth Avenue, Suite 6500  
Seattle, WA  98104-7097

## **ORDER**

PURSUANT TO THE FOREGOING STIPULATION, it is hereby ORDERED that the above-captioned matter shall be and the same is hereby:

DISMISSED WITH PREJUDICE and without cost or attorney fees to either party.

DONE IN OPEN COURT this 1st day of November, 2007.

*/s/ J. Kelley Arnold*  
U.S. Magistrate Judge

Presented by:

_____/s/_____  
Lori D. Hansen  
Attorney for Plaintiff  
WSBA # 13129  
2000 112th Ave. NE  
Bellevue, WA  98004  
(425) 637-3067

Approved as to Form;  
Notice of Presentation Waived:

_____/s/_____  
Leigh Ann Collings Tift  
Attorney for Defendant  
WSBA  
Littler Mendelson. P.C.  
Columbia Center  
701 Fifth Avenue, Suite 6500  
Seattle, WA  98104-7097

STIPULATION AND ORDER OF DISMISSAL

**Law Office of** *Lori D. Hansen*  
2000 112th Avenue NE  
Bellevue, WA  98004  
Tele. 425.637.3067  
Fax 425.637.1214